IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIC EVANS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. CIV 11-102-TUC-CKJ (JM) |
| vs. ) | |
| ) | |
| JUAN A. BUELNA, ) | **ORDER** |
| ) | |
| Defendant. ) | |

On November 9, 2011, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation in which she recommended this Court dismiss this action pursuant to Fed.R.Civ.P. 4(m). The magistrate judge advised parties that any objections were to be filed within fourteen (14) days from the date of service of a copy of the recommendation. *See* 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b), 6(a) and 6(e). As of this date, no objections have been filed.

Accordingly, after an independent review,

1. The Report and Recommendation (Doc. 9) is ADOPTED.

2. This matter is DISMISSED WITHOUT PREJUDICE pursuant to Fed.R.Civ.P. 4(m).

3. The Clerk of the Court shall enter judgment and shall then close its file in this matter.

DATED this 2nd day of December, 2011.

_____
Cindy K. Jorgenson
United States District Judge